Nathaniel Clark (SBN 276621)
*nathaniel.h.clark@gmail.com*
Seaton Tsai (SBN 271408)
*seaton.tsai@gmail.com*
444 So. Flower Street, Suite # 2300
Los Angeles, California 90071
Telephone: (626) 673-5180
*ATTORNEYS FOR PLAINTIFF JOSH CLARK*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSH CLARK, an individual, | CASE NO. 15-cv-4881-R-AJW |
| Plaintiff, | **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| vs. | |
| METROMILE INSURANCE SERVICES LLC, and DOES 1-10, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that plaintiff Josh Clark, by and through his undersigned counsel, hereby voluntarily dismisses this action without prejudice.

August 27, 2015         By     */s/    Seaton Tsai        *
                                       Nathaniel Clark, Esq.
                                       Seaton Tsai, Esq.
                                       *ATTORNEYS FOR PLAINTIFF JOSH CLARK*